941 F.2d 1378
 STEVEDORING SERVICES OF AMERICA, a Washington corporation,
Plaintiff-Appellant,
v.
ANCORA TRANSPORT, N.V.; Armilla International, N.V.;
Armilla International (London), Ltd., and Armilla
International (London), Ltd., foreign corporations, each
d.b.a. itself or one of the above-named defendants,
Defendants-Appellees.
 Nos. 87-4129, 87-4195.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 7, 1991.
 
 Before FERGUSON, BRUNETTI and O'SCANNLAIN, Circuit Judges.
 
 
 1
 Prior report: 9th Cir., 884 F.2d 1250.
 
 ORDER
 
 2
 The opinion filed September 7, 1989 is withdrawn.